# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| BRUCE COOK, et al., | ) |
| Plaintiffs, | ) |
| | ) Case No. 3:19-cv-00145 |
| v. | ) |
| | ) Judge Campbell |
| TIMOTHY PEARSON, et al., | ) Magistrate Judge Holmes |
| | ) |
| Defendants. | ) |

## ENTRY OF DEFAULT

Pending is Plaintiffs Bruce Cook, VentureAdvisers.com, Inc., Erik Kudlis, and Erik's Design Build Associates, Inc.'s Motion for Entry of Default Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure as to Defendants Timothy Pearson and Linda Pearson (Doc. No. 17). Plaintiffs previously requested entry of default against Defendants Timothy Pearson, Linda Pearson, and Pearson Distributors, LLC (Doc. No. 13). On May 6, 2019, the Clerk granted the request only with regard to Defendant Pearson Distributors, LLC (Doc. No. 14).

Defendants Timothy Pearson and Linda Pearson were served with a copy of the Summons and Complaint on March 16, 2019, as evidenced by the proofs of service filed by Plaintiffs. (Doc. Nos. 9 at 2, 11 at 2). On May 6, 2019, the Clerk denied Entry of Default against these two Defendants. First, the Plaintiffs had not submitted an affidavit of military service as required by the Servicemembers Civil Relief Act (SCRA), 50 U.S.C. § 3931(b)(1)(A)(B). Second, the Plaintiffs had not included an affidavit stating that neither Defendant was an infant or incompetent person (Doc. No. 14).

On June 14, 1029, Plaintiffs submitted a Supplemental Request for Entry of Default (Doc. No. 17). In this request, Plaintiffs included complete affidavits of military service for both

Defendants and an affidavit stating that neither Defendant was an infant or incompetent person (Doc. No. 17).

As Defendants were served with a copy of the Summons and Complaint in this matter. And as it appears that Defendants have failed to plead or otherwise defend this action, and more than fourteen days have passed since the Defendants were served, the Clerk finds that entry of default is appropriate.

Accordingly, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiffs' Request for Entry of Default against Defendants Timothy Pearson and Linda Pearson is **GRANTED**.

_____
Kirk L. Davies
Clerk of Court